

APR 0 7 2022

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-13-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| DEREK JAMES RIGHT HAND, | |
| Defendant. | |

## I. Synopsis

Defendant Derek James Right Hand (Right Hand) has been accused of violating the conditions of his supervised release. Right Hand admitted all of the alleged violations. Right Hand's supervised release should be revoked. Right Hand should be placed in custody for 6 months, with 44 months of supervised release to follow. Right Hand should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

## II. Status

Right Hand pleaded guilty to Aggravated Sexual Abuse on April 7, 2016. (Doc. 23). The Court sentenced Right Hand to 50 months of custody, followed by 5 years of supervised release. (Doc. 30). Right Hand's current term of supervised

release began on March 5, 2021. (Doc. 62 at 2).

**Petition**

The United States Probation Office filed a Second Amended Petition on March 31, 2022, requesting that the Court revoke Right Hand's supervised release. (Doc. 62). The Second Amended Petition alleged that Right Hand had violated the conditions of his supervised release: 1) by viewing materials depicting sexually explicit conduct on two separate occasions; 2) by failing to successfully complete his sex offender treatment program; 3) by consuming alcohol; and 4) by using marijuana and methamphetamine.

**Initial appearance**

Right Hand appeared before the undersigned for his initial appearance on the Second Amended Petition on April 7, 2022. Right Hand was represented by counsel. Right Hand stated that he had read the petition and that he understood the allegations. Right Hand waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on April 7, 2022. Right Hand admitted that he had violated the conditions of his supervised release: 1) by viewing materials depicting sexually explicit conduct on two separate occasions;

2) by failing to successfully complete his sex offender treatment program; 3) by consuming alcohol; and 4) by using marijuana and methamphetamine. The violations are serious and warrant revocation of Right Hand's supervised release.

Right Hand's violations are Grade C violations. Right Hand's criminal history category is II. Right Hand's underlying offense is a Class A felony. Right Hand could be incarcerated for up to 24 months. Right Hand could be ordered to remain on supervised release for up to 50 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Right Hand's supervised release should be revoked. Right Hand should be incarcerated for 6 months, with 44 months of supervised release to follow. Right Hand should serve the first 60 days of supervised release in a secure inpatient drug treatment facility. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Right Hand that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Right Hand of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Right

3

Hand that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Derek James Right Hand violated the conditions of his supervised release: by viewing materials depicting sexually explicit conduct on two separate occasions; by failing to successfully complete his sex offender treatment program; by consuming alcohol; and by using marijuana and methamphetamine.

The Court **RECOMMENDS:**

> That the District Court revoke Right Hand's supervised release and commit Right Hand to the custody of the United States Bureau of Prisons for 6 months, with 44 months of supervised release to follow. Right Hand should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure

to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 7th day of April, 2022.

                                                  John Johnston
                                                  United States Magistrate Judge