IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>DEREK JAMES RIGHT HAND,<br><br>Defendant. | CR-16-13-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 9, 2023. (Doc. 88.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 8, 2023. (Doc. 86.) The United States accused Derek Right Hand, (Right Hand) of violating his

conditions of supervised release 1) by viewing materials depicting sexually explicit conduct; 2) by failing to successfully complete is sex offender treatment program; 3) by failing to report for substance abuse treatment on two separate occasions; 4) by failing to report for substance abuse testing; 5) by failing to comply with the terms of his home confinement; 6) by consuming alcohol; and 7) by failing to maintain full-time employment. (Doc. 83.)

At the revocation hearing, Right Hand admitted to 1) by viewing materials depicting sexually explicit conduct; 2) by failing to successfully complete is sex offender treatment program; 3) by failing to report for substance abuse treatment on two separate occasions; 4) by failing to report for substance abuse testing; 5) by failing to comply with the terms of his home confinement; 6) by consuming alcohol; and 7) by failing to maintain full-time employment. (Doc. 86.) Judge Johnston found that the violations Right Hand admitted prove serious and warrants revocation of his supervised release and recommends a sentence of 10 months, with 6 months of supervised release to follow with the first 6 months of supervised release spent in a residential re-entry center. (Doc. 88.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 88) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Derek James Right Hand be sentenced to the Bureau of

Prison for 10 months, with 6 months of supervised release to follow. Right Hand should serve his term of custody at FCI Herlong in Herlong, California. Right Hand should serve his first 6-month term of supervised release in a residential re-entry center.

DATED this 14th day of August, 2023.

_____
Brian Morris, Chief District Judge
United States District Court